1  Blakeley E. Griffith
   NV Bar No. 12386
2  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive
3  Suite 700
   Las Vegas, Nevada 89135-1865
4  Telephone: 702.784.5200
   Facsimile:  702.784.5252
5  Email:  bgriffith@swlaw.com

6  *Attorneys for Defendant
   Accident, LLC*

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11 | JASON CARRODINE, *individually, on behalf of himself, and all others similarly situated*, | Case No. 2:24-cv-01900 |

13 |            Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT ACCIDENT, LLC TO RESPOND TO COMPLAINT** |
14 | vs. |
15 | ACCIDENT, LLC, D/B/A ACCIDENT.COM, | **(First Request)** |
16 |
17 |            Defendant. |

18

19     Plaintiff JASON CARRODINE ("Plaintiff") and Defendant ACCIDENT,

20 LLC, ("Defendant"), by and through their respective counsel of record, stipulate and

21 agree to extend the time for Defendant to respond to Plaintiff's Complaint

22 [ECF No. 1] as follows:

23     1.    This is the first stipulation for extension of time for Defendant to

24 respond to the Complaint.

25     2.    On October 15, 2024, Defendant executed a Waiver of Service for the

26 Summons and Complaint in the action. Defendant's current deadline to respond to

27 the Complaint is December 16, 2024.

28

3. The parties stipulate and agree to a 30-day extension to Defendant's deadline to respond to the Complaint.

4. The 30-day extension is needed to allow the parties additional time to discuss and confer about the allegations in the Complaint, Defendant's arguments concerning the allegations, and potential early resolution of the Complaint.

5. Therefore, the parties hereby stipulate and request this Court to order that the deadline for Defendant is extended from December 16, 2024, to January 16, 2025.

IT IS SO STIPULATED.

Dated: December 13, 2024                      SNELL & WILMER L.L.P.

By: */s/ Blakeley E. Griffith*
Blakeley E. Griffith
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865

*Attorneys for Defendant*
*Accident, LLC*

Dated: December 13, 2024                      BUTSCH ROBERTS & ASSOCIATES

By: */s/ Christopher E. Roberts*
Christopher E. Roberts
7777 Bonhomme Ave., Suite 130
Clayton, MO 63105

*Attorneys for Plaintiff*
*Jason Carrodine*

**ORDER**

The Court having received the parties' Stipulation to Extend Deadline for Defendant ACCIDENT, LLC ("Defendant") to Respond to Plaintiff's Complaint ("Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation.

IT IS FURTHER ORDERED that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before January 16, 2025.

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: December 17, 2024

4910-1888-4870