Christopher E. Roberts
BUTSCH ROBERTS & ASSOCIATES LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
(314) 863-5700
croberts@butschroberts.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
JASON CARRODINE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON CARRODINE, individually, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZUPAX MARKETING, LLC,<br><br>Defendant. | Case no.: 2:24-cv-01900-JAD-NJK<br><br><br>**MEMORANDUM OF FILING** |

## <u>MEMORANDUM OF FILING</u>

Plaintiff Jason Carrodine, through his counsel, files the Proposed Order Granting Plaintiff's Motion for Default Judgment, a copy of which is attached to this Memorandum of Filing.

DATED: April 6, 2026

-1-

**BUTSCH ROBERTS & ASSOCIATES LLC**

 /s/*Christopher E. Roberts*
Christopher E. Roberts (*pro hac vice*)
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Telephone: (314) 863-5700
croberts@butschroberts.com
*Admitted Pro Hac Vice*

CRAIG K. PERRY & ASSOCIATES

Craig K. Perry, Esq.
Nevada Bar No. 3786
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Telephone: (702) 228-4777
cperry@craigperry.com

*Attorney for Plaintiff*


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 6, 2026, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/Christopher E. Roberts

-2-