AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Jason Carrodine

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 2:24-cv-01900-JAD-NJK

Zupax Marketing, LLC

Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

JUDGMENT entered in favor of Plaintiff Jason Carrodine and against Defendant Zupax Marketing, LLC in the amount of $30,000.00.

04/08/2026

Date

DEBRA K. KEMPI

Clerk

/s/MAM

Deputy Clerk